**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                    No. C 14-80104 WHA

In the Matter of Roger William Shpall -
#047142                                            **ORDER OF SUSPENSION**

_____/

     Because Roger William Shpall has failed to respond to the order to show cause,

Mr. Shpall's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated:   June 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE